IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DALTON,

    Defendant/Petitioner,

  v.

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.

No. C 09-5423
No. C 09-4667
No. CR 96-0276 SI

**JUDGMENT**

Petitioner John Dalton's two recent petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2255 are DISMISSED, without prejudice to Mr. Dalton filing a petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 2, 2009

                                        SUSAN ILLSTON
                                        United States District Judge